UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    Plaintiff,   )   CRIMINAL CASE NO. __10mj1380__
v.                                         )
__Nicholas Anthony Piazza__                )   ORDER AND CONDITIONS OF PRETRIAL
                              Defendant.   )   RELEASE: BAIL (18 U.S.C. § 3142(c))

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an *unconditional* release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). **Good cause appearing**, **IT IS ORDERED** that the defendant shall be released subject to the condition that the defendant: **(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):**

**STANDARD CONDITIONS:**

✓ 1. restrict travel to ☐ San Diego County, ☑ Southern District of California, ☐ Central District of California, ☐ State of California, ☐ United States, ☑ do not enter Mexico, ☐ other:_____;

✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;

✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;

✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;

✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;

✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

**ADDITIONAL CONDITIONS:**

___ 7. be able to legally remain in the United States during pendency of the proceedings;

___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
   ☐ drugs or alcohol, and/or ☐ psychiatric or psychological counseling;

___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ☐ active ☐ passive, including, release of defendant to PSA custody; and ☐ residence restrictions and/or ☐ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
   ☐ submit to supervision and custody of _____; and/or
/  ☐ remain at a specified residence (curfew) between the hours of _____ P.M. and _____ A.M. daily;

___10. actively seek and maintain full-time employment, schooling, or combination of both;

___11. execute a personal appearance bond in the amount of $ __50,000__ secured by:
   ☑ a trust deed to the United States on real estate approved by a Federal Judge;
   ☐ the co-signatures of _____ financially responsible (related) adults;
   ☐ Nebbia Hearing ☐ Exam of Sureties ☐ other: _____

___12. provide the court with: ☐ a cash bond and/or ☐ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).

___13. 18 U.S.C.§ 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.

___14. clear all warrants/FTA's within _____ days of release.

✓ 15. all conditions previously set will remain the same.

✓ 16. other conditions: _Pretrial Services to interview the defendant &_
_background check prior to release on security bond_

DATED: __4/29/10__

cc:   Defendant/Counsel & U.S. Pretrial Services

[FILED APR 29 2010  CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  BY _____ DEPUTY]

_____
Federal Judge

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b(Rev. 8/04)

USA v. __Nicholas Pianya__   No. __10mj 1380__

### Addendum to Order and Conditions of Pretrial Release: Bail (18 U.S.C. 3142(c))

In addition to the conditions of pretrial release set forth in the "Order of Conditions of Pretrial Release: Bail," Defendant shall:

_✓_ 1. Surrender passports and all travel documents to Pretrial Services. Do not apply or reapply for any passport or travel documents during the pendency of case;
_✓_ 2. Avoid all contact with an alleged victim of the crime and with potential witnesses who may testify concerning the offense.
_✓_ 3. Submit to psychiatric/psychological counseling as specified by Pretrial Services, and such counseling is to be with a counselor who has experience in treating individuals charged with sexual crimes;
_✓_ 4. Participate in the "Computer Monitoring Program" and do not use/access any computer without monitoring software installed, unless approved in advance by Pretrial Services;
_✓_ 5. Do not access any social networking sites including, but not limited to, MySpace, Facebook, Friendster, etc.;
_✓_ 6. Do not access any website or possess any material depicting sexually explicit conduct as defined by Title 18 U.S.C. 2256(2);
_✓_ 7. Do not access any online computer service or any other device with internet capabilities (IPODS, X-Box, Wii, cellular phone) at any location, at any time. This includes any internet service provider, bulletin board system or other public or private network;
_✓_ 8. No direct or indirect contact with children under the age of 18 unless accompanied and supervised by an adult who is aware of the charges and who must be physically present at the time of the contact;
_✓_ 9. Report to Pretrial Services within 8 hours of any unauthorized contact with any person under the age of 18;
_✓_ 10. Do not engage in any paid occupation or volunteer service that allows for direct or indirect exposure to children under the age of 18, unless approved in advance by the Court and Pretrial Services;
_✓_ 11. Shall not frequent or loiter in any place where children under the age of 18 congregate (e.g., schools, parks, playgrounds, video arcades, swimming pools, etc.);
_✓_ 12. Notify employer of conditions of release within __7__ days of release.
_✓_ 13. Participate in the Location Monitoring Program and abide by all technology requirements.
___ Defendant shall pay all or part of the costs of monitoring as directed by the court and/or the pretrial services officer. Defendant and sureties are responsible for all equipment associated with this program including loss or damage.
The defendant will be placed on ( ) GPS monitoring (✓) Voice Verification, under the following:
( ) Home Incarceration
(✓) Home Detention
(✓) Curfew - remain at your residence every day from __10__ (am/pm) to __5:30__ (am/pm) or as directed by the Pretrial Services Officer;
___ 14. **Defense counsel to notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody directly to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.**
___ 15. Other: _____

DATED: __4/29/10__           __[signature]__
                              Federal Judge

FILED
APR 29 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

cc: Original/Defendant-Counsel/Pretrial Services
(3/2010)